JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA THERESA WORTH,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No.  CV-17-04400-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  February 15, 2018

_Karen E. Scott_

KAREN E. SCOTT
United States Magistrate Judge